# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ARTHUR MOORE**

                V.                CASE NUMBER: 1:05-CV-990(FJS/DRH)

**COMMISSIONER OF SOCIAL SECURITY**

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendant against Plaintiff, dismissing this case for failure to prosecute according to the Order of Dismissal of the Hon. Frederick J. Scullin, Jr., filed on January 30, 2007.

DATED:    January 30, 2007

                                                            Clerk of Court

LKB:lmp